# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Trade Commission

                        Plaintiff,

v.                                          Case No.: 1:14–cv–00072
                                          Honorable James B. Zagel

Sensa Products, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2016:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Motion for Leave to Appear Pro Hac Vice [9] is withdrawn. If further proceedings are anticipated, counsel may renew the motion. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.